IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 31, 2018
David J. Bradley, Clerk

**NELVA GONZALES RAMOS**
**U. S. DISTRICT JUDGE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | CR C-18-430 |
| Katia Tadea Loustaunau-Balderas | § § | |

## PRETRIAL ORDER AND ELLIS ORDER

To achieve speedy disposition of this case and to manage this Court's docket, this order is entered on this date of the defendant's arraignment.

1. As required by Rule 12 of the Federal Rules of Criminal Procedure, the following matters must be raised by motion prior to trial:

    a. Defenses and objections based on defects in the institution of the prosecution;

    b. Defenses and objections based on defects in the indictment or information;

    c. Motions to suppress evidence;

    d. Requests for discovery under Rule 16; or

    e. Requests for a severance of charges or defendants under Rule 14.

2. All motions must be in writing and must be accompanied by a certificate of service, by an adequate statement of legal authority, and by a statement that the relief sought cannot be obtained by agreement and must be resolved by the Court. All parties are ordered to cooperate in attempts to communicate and resolve disputes. The Court requests that you file all motions by 3:00 p.m.

    a. Discovery shall commence without delay. All motions for discovery must be filed within __10__ days. If discovery is opposed, opposition must be filed immediately. Request and objection must be based on substance, not form. All discovery is to be completed within __20__ days. Discovery disputes shall be immediately brought to the attention of the United States Magistrate Judge who shall promptly determine the issue.

    b. Except for motions for discovery, all motions shall be filed within __20__ days. Motions to suppress, and any other motion dependent upon facts for resolution, shall be accompanied by a statement of facts sufficiently complete to justify the necessity for consideration of the motion.

3. Opposition to all motions must be in writing and accompanied by a certificate of service, by an adequate statement of legal authority, and by a statement of facts in response to any statement submitted by a defendant. Except for discovery motions, opposition to motions must be filed no later than **two (2) days** before Final Pretrial Conference.

4. Parties are ordered to file motions in limine, exhibit and witness lists, and proposed jury instructions no later than **June 11, 2018.**

5. Any motion to continue the Final Pretrial Conference and Jury Selection and Trial must be filed no later than **June 11, 2018.** Failure to abide by this deadline may result in the motion being denied.

6. FINAL PRETRIAL CONFERENCE will be held **June 13, 2018** at **10:00 a.m.** before **U.S. Magistrate Judge Jason B. Libby**. JURY SELECTION AND TRIAL will be held **July 9, 2018**, at **9:00 a.m.** before **U.S. District Judge Nelva Gonzales Ramos**. Defendant and counsel for all parties are ordered to appear at each of those occasions at the U. S. District Court, U.S. Courthouse, 1133 N. Shoreline Blvd., Corpus Christi, TX.

7. This Court's criminal trial docket is extremely crowded, and for purposes of docket management this Court must be informed as to possible pre-trial disposition of cases on its docket. Therefore, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States v. Ellis*, 547 F.2d 863 (5th Cir. 1977), any plea bargain or plea agreement entered into by the parties in this cause must be made known in writing on or before **June 13, 2018.** A form which satisfies the notice requirement of this order is attached, and the Court encourages its use. No plea bargain or plea agreement entered into after this date will be honored by this Court without good cause shown for the delay. Pleas will be taken the week before the final pretrial conference. **If the defendant desires an earlier setting to enter a plea (thereby avoiding Final Pretrial Conference day), contact Kendra Pearson, Case Manager for U. S. Magistrate Judge Jason B. Libby at (361) 888-3445 for setting.**

**ORDERED this 30th day of May 2018.**

JASON B. LIBBY
UNITED STATES MAGISTRATE JUDGE

Defendant has received a copy of the Indictment and these Pretrial and Ellis Orders. All parties acknowledge they can comply with the deadlines and trial dates set for this case.

_____
Defendant

_____
Attorney for Defendant
Jesus Maria Alvarez

_____
Attorney's Address
501 N. Britton Ave

_____
City/State/Zip
Rio Grande City, TX 78582

Telephone: 956-487-4871

_____
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § | CR C-18-430 |
| Katia Tadea Loustaunau-Balderas | | |

## NOTICE OF INTENTION TO ENTER A PLEA OF GUILTY

Notice is hereby given to the Court and counsel for the United States of the defendant's intention to enter a plea of guilty pursuant to a plea agreement.

_____
Counsel for Defendant

_____
Date

## CERTIFICATE OF SERVICE

I certify that I notified counsel for the United States,_____, of the defendant's intention to enter a plea of guilty. I certify that a true copy of this notice was served on counsel for the United States in the following manner: ( ) transmitted by facsimile ( ) delivered to the Office of United States Attorney ( ) mailed, postage prepaid ( ) filed electronically, on this _____ day of _____, 2018.

_____
Counsel for Defendant