UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                             Case Number: 2:18−cr−00430

Katia Tadea Loustaunau−Balderas

## Notice of Resetting

**A proceeding has been reset in this case as to Katia Tadea Loustaunau−Balderas as set forth below.**

**BEFORE:**
**Magistrate Judge Jason B Libby**

**PLACE:**

United States Courthouse
1133 N. Shoreline Blvd.
Corpus Christi, TX 78401

**DATE:** 6/13/2018

**TIME:** 09:30 AM

**TYPE OF PROCEEDING:** Final Pretrial Conference

Date:   June 8, 2018                                                David J. Bradley, Clerk