UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § | CRIMINAL NO.: 2:18-cr-00430-1 |
| | § § | |
| Katia Tadea Loustaunau-Balderas | | |

DEFENDANT'S MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Defendant, **Katia Tadea Loustaunau-Balderas**, Movant herein, and brings this Defendant's Motion for Continuance, and in support hereof, shows the court the following:

*I.*

This continuance is sought so that justice may be done, and not for purposes of delay.

*II.*

This case is set for Final Pretrial Conference Monday, August 27, 2018 at 9:00 A.M

*III.*

Counsel for Defendant will be unavailable for Final Pretrial Conference counsel is not feeling well and could not find someone to take him to court. Counsel is requesting more time.

*PRAYER*

**WHEREFORE, PREMISES CONSIDERED**, Defendant, **Katia Tadea Loustaunau-Balderas**, Movant herein, requests this Court to grant this Motion for Continuance, and for such other and further relief that may be awarded at law or in equity.

Respectfully,

**ALVAREZ LAW FIRM**
501 N. Britton Ave.
Rio Grande City, Texas 78582
Tel :( 956) 487-4871
Fax :( 956) 487-7521
Email: chuyalvarez11@gmail.com

By: /s/J.M. "CHUY"ALVAREZ

**J.M. "CHUY"ALVAREZ**

State bar No. 01126960

Federal bar No. 134

## CERTIFICATE OF SERVICE

I, **J.M. "CHUY" ALVAREZ,** hereby certify that a true and correct copy of **DEFENDANT'S MOTION FOR CONTINUANCE** was served via e-filing on United States Attorney Office at 1701 W. Bus. Highway 83, in McAllen, Texas.

/S/J.M. "CHUY"ALVAREZ

**J.M. "CHUY"ALVAREZ**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with **Amanda Lee Gould .,** Assistant U.S. Attorney, and he is UNOPPOSED to the **Katia Tadea Loustaunau-Balderas,** Defendant's Motion for Continuance.

/S/J.M. "CHUY"ALVAREZ

**J.M. "CHUY"ALVAREZ**