# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                            Case Number: 2:18–cr–00430

Katia Tadea Loustaunau–Balderas

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nelva Gonzales Ramos

**PLACE:**

United States District Court
1133 N. Shoreline Blvd.
Corpus Christi, TX

**DATE:** 9/26/2018

**TIME:** 01:30 PM

**TYPE OF PROCEEDING:** Sentencing

Date:   September 14, 2018

David J. Bradley, Clerk